UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TITO BARRON-AGUILAR,<br><br>　　　　　　Petitioner,<br>　v.<br>HAROLD WICKHAM, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:17-cv-00548-MMD-VPC<br><br>ORDER |

It is ordered that Respondents' unopposed motion for enlargement of time (ECF No. 14) is granted. Respondents will have up to and including August 16, 2018, within which to file a response to the first amended petition for writ of habeas corpus in this case.

DATED THIS 3rd day of July 2018.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1