# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TITO BARRON-AGUILAR,<br><br>Petitioner,<br>v.<br><br>HAROLD WICKHAM, *et al.*,<br><br>Respondents. | Case No. 3:17-cv-00548-MMD-VPC<br><br>ORDER |

It is ordered that Respondents' second unopposed motion for enlargement of time (ECF No. 16) is granted. Respondents will have up to and including August 30, 2018, within which to file a response to the first amended petition for writ of habeas corpus in this case.

DATED THIS 16th day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE