# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TITO BARRON-AGUILAR,<br><br>                    Petitioner,<br>    v.<br>HAROLD WICKHAM, *et al.*,<br><br>                    Respondents. | Case No. 3:17-cv-00548-MMD-CBC<br><br>ORDER |

It is ordered that Petitioner's motion for extension of time (ECF No. 29) is granted. Petitioner will have fourteen days from either an order denying the motion to stay or an order reopening this action following a stay to file an opposition to Respondents' motion to dismiss.

DATED THIS 14th day of September 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE