UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TITO BARRON-AGUILAR,<br><br>　　　　　　Petitioner,<br>v.<br>HAROLD WICKHAM, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:17-cv-00548-MMD-CLB<br><br>ORDER |

ORDER

Good cause appearing, Respondents' Motion for Enlargement of Time (ECF No. 39) is granted. Respondents have until October 19, 2020, to answer or otherwise respond to Petitioner Tito Barron-Aguilar's Second Amended Petition for Writ of Habeas Corpus (ECF No. 38).

DATED THIS 17th Day of September 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE