1
2
3                        UNITED STATES DISTRICT COURT
4                              DISTRICT OF NEVADA
5                                      * * *
6    TITO BARRON-AGUILAR,                    Case No. 3:17-cv-00548-MMD-CLB
7                            Petitioner,                  ORDER
8         v.
9    HAROLD WICKHAM, *et al.*,
10                          Respondents.
11
12        Good cause appearing, Respondents' unopposed second motion for enlargement
13   of time (ECF No. 41) is granted. Respondents have until November 23, 2020, to answer
14   or otherwise respond to Petitioner Tito Barron-Aguilar's second amended petition for writ
15   of *habeas corpus* (ECF No. 38).
16        DATED THIS 20th Day of October 2020.
17
18        _____
          MIRANDA M. DU
19        CHIEF UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28