UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| TITO BARRON-AGUILAR, | Case No. 3:17-cv-00548-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| HAROLD WICKHAM, *et al.*, | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Respondents' unopposed second motion for enlargement of time (ECF No. 54) is granted. Respondents have until February 19, 2021, to file a reply in support of the motion to dismiss (ECF No. 43).

DATED THIS 15th Day of January 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE