UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| TITO BARRON-AGUILAR, | Case No. 3:17-cv-00548-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| HAROLD WICKHAM, *et al.*, | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 58) is granted. Respondents have until October 14, 2021, to answer Petitioner Tito Barron-Aguilar's second amended petition for writ of habeas corpus (ECF No. 38).

DATED THIS 5th Day of October 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE