UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| TITO BARRON-AGUILAR, | Case No. 3:17-cv-00548-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| HAROLD WICKHAM, *et al.*, | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Respondents' unopposed second motion for enlargement of time (ECF No. 60) is granted. Respondents have until December 13, 2021, to answer Petitioner Tito Barron-Aguilar's second amended petition for writ of habeas corpus (ECF No. 38).

DATED THIS 12th Day of November 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE