UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TITO BARRON-AGUILAR,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>HAROLD WICKHAM, *et al.*,<br>　　　　　　　　　Respondents. | Case No. 3:17-cv-00548-MMD-CLB<br><br>ORDER |

　　Good cause appearing, it is hereby ordered that Respondents' unopposed third motion for enlargement of time (ECF No. 62) is granted. Respondents have until December 27, 2021, to answer Petitioner Tito Barron-Aguilar's second amended petition for writ of habeas corpus (ECF No. 38).

　　DATED THIS 21st Day of December 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE