UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TITO BARRON-AGUILAR,<br><br>    Petitioner,<br> v.<br>HAROLD WICKHAM, *et al.*,<br><br>    Respondents. | Case No. 3:17-cv-00548-MMD-CLB<br><br>ORDER |

  Good cause appearing, it is hereby ordered that Respondents' fourth motion for enlargement of time (ECF No. 64) is granted. Respondents have until January 27, 2022 to answer Petitioner Tito Barron-Aguilar's second amended petition for writ of habeas corpus (ECF No. 38).

  DATED THIS 12th Day of January 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE