UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TITO BARRON-AGUILAR,<br><br>                Petitioner,<br>v.<br><br>HAROLD WICKHAM, *et al.*,<br><br>                Respondents. | Case No. 3:17-cv-00548-MMD-CLB<br><br>ORDER |

      Good cause appearing, it is hereby ordered that Respondents' sixth motion for enlargement of time (ECF No. 67) is granted. Respondents have until February 10, 2022 to answer Petitioner Tito Barron-Aguilar's second amended petition for writ of habeas corpus. Given the age of this case, counsel is directed to prioritize the deadlines and briefings in this case over later-filed matters.

      It is further ordered that Respondents' fifth motion for enlargement of time (ECF No. 66) is denied as moot.

      DATED THIS 9th Day of February 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE