UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| TITO BARRON-AGUILAR, | Case No. 3:17-cv-00548-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| KYLE OLSEN, *et al.*, | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Petitioner Barron-Aguilar's Unopposed Motion for Extension of Time to File Reply to Respondents' Answer to Second Amended Petition (ECF No. 75) is granted. Petitioner has until January 2, 2023, to respond to the Answer to Second Amended Petition (ECF No. 69).

DATED THIS 4th Day of October 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE