UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| TITO BARRON-AGUILAR, | Case No. 3:17-cv-00548-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| KYLE OLSEN, *et al.*, | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Petitioner Tito Barron-Aguilar's Unopposed Motion for Extension of Time to File Reply to Respondents' Answer to Second Amended Petition (ECF No. 77) is granted. Barron-Aguilar has until January 17, 2023, to respond to the Answer to the Second Amended Petition (ECF No. 69).

DATED THIS 3rd Day of January 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE