UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TITO BARRON-AGUILAR,<br><br>Petitioner,<br>v.<br><br>KYLE OLSEN, *et al.*,<br><br>Respondents. | Case No. 3:17-cv-00548-MMD-CLB<br><br>ORDER |

Respondents seek an extension of time to file their response to Petitioner Tito Barron-Aguilar's motion for discovery and evidentiary hearing. (ECF No. 82.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 82) is granted. Respondents have until March 2, 2023, to file their response.

DATED THIS 31st Day of January 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

1