UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TITO BARRON-AGUILAR,<br><br>　　　　　　　Petitioner,<br>　v.<br>GABRIELA NAJERA, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:17-cv-00548-MMD-CLB<br><br>ORDER |

　　　Respondents seek an extension of time to file their response to Petitioner Tito Barron-Aguilar's motion for reconsideration. (ECF No. 94.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

　　　It is therefore ordered that Respondents' first motion for enlargement of time (ECF No. 94) is granted. Respondents have until May 25, 2023, to file their response.

　　　DATED THIS 16th Day of May 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE