# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TITO BARRON-AGUILAR, | Case No. 3:17-cv-00548-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| GABRIELA NAJERA, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file their response to Petitioner Tito Barron-Aguilar's motion for reconsideration. (ECF No. 97.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' third motion for enlargement of time (ECF No. 97) is granted *nunc pro tunc*. Respondents have until June 7, 2023, to file their response.

It is further ordered that Respondents' second motion for enlargement of time (ECF No. 96) is denied as moot.

DATED THIS 6th Day of June 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE